■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEMORRIS JONES, Appellant. (Appeal No. 2.) [797 NYS2d 328]— Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered December 4, 2002. The judgment revoked defendant's probation and imposed a sentence of incarceration and five years of postrelease supervision.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Jones* ([appeal No. 1] 20 AD3d 908 [2005]). Present—Pigott, Jr., P.J., Green, Gorski, Smith and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEMORRIS JONES, Appellant. (Appeal No. 3.) [797 NYS2d 327]— Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered December 4, 2002. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same Memorandum as in *People v Jones* ([appeal No. 1] 20 AD3d 908 [2005]). Present—Pigott, Jr., P.J., Green, Gorski, Smith and Hayes, JJ.